UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:19-CR-00157-MOC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| vs. | ) |
| | ) **ORDER** |
| NICKI WAYNE PARKER, | ) |
| Defendant. | ) |

**THIS MATTER** comes before the Court on Defendant's *pro se* Motion for Compassionate Release based on the COVID-19 pandemic. Doc. No. 41. In support, he maintains he suffers from an increased risk of COVID-19 due to his "history of asthma" and "respiratory disease from smoking" and due to the conditions at his place of incarceration. Id. at 2. Defendant alleges he sought compassionate release on June 16, 2020 but was denied three days later. Id. He also declares he has had no disciplinary infractions while imprisoned. Finally, Defendant's anticipated release day is about one year away. Having reviewed these motions, the Court finds that a response from the Government is needed to consider their merits. The Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Government **SHALL RESPOND** to Defendant's Motions for Compassionate Release and **PRODUCE** medical, disciplinary, and other records relevant to the Court's decision within **fourteen days** of the entry of this Order,

Signed: August 5, 2020

Max O. Cogburn Jr
United States District Judge